UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANOSHA KARUNATILAKA,

Defendant.

MA CASE No. 1:10-MJ-196
SDTX CASE No. 10–MJ-2823

---

ORDER

The sum of $25,000.00 was deposited into the Registry of this Court on December 16, 2010, by Bomiriyage A. Gomes, on behalf of the Defendant, Manosha Karunatilaka, to secure his appearance before the Court to answer to charges pending against him in the U.S. District Court in the Southern District of New York. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Southern District of New York in the amount of $25,000.00 representing the transfer of said bail deposit.

Dated: March ⁊ , 2011

_____
Hon. Leo T. Sorokin, U.S. Magistrate Judge